IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| SHAWNTESHIA HOBSON, on her own behalf and on behalf of her minor child, M.H.,<br><br>*Plaintiff,*<br><br>v.<br><br>MEAD JOHNSON & COMPANY, LLC, MEAD JOHNSON NUTRITION COMPANY, and PROTESTANT MEMORIAL MEDICAL CENTER, INC. D/B/A MEMORIAL HOSPITAL – SHILOH,<br><br>*Defendants.* | Case No: 3:24-cv-1615-SPM |

## ENTRY OF APPEARANCE

COME NOW Dave Cates of the law firm The Cates Law Firm, LLC enter their appearance on behalf of Plaintiff Shawnteshia Hobson, on her own behalf and on behalf of her minor child, M.H.

Dated: June 29, 2024

Respectfully submitted,

*/s/ Dave Cates*

Dave Cates (#6289198)
**THE CATES LAW FIRM, LLC**
216 W Pointe Dr., Suite A
Swansea, IL 62226
DCates@cateslaw.com

Ashley Keller (#6300171)
Benjamin J. Whiting (#6307321)
**KELLER POSTMAN, LLC**
150 N. Riverside Plaza, Ste. 4270
Chicago, IL 60606
ack@kellerpostman.com
ben.whiting@kellerpostman.com

Amelia Frenkel (*PHV forthcoming*)
**KELLER POSTMAN, LLC**
1101 Connecticut Ave., N.W., 11th Floor

Washington, DC 20036
amelia.frenkel@kellerpostman.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted,

*/s/ Dave Cates*
Dave Cates