# EXHIBIT 1

IN THE CIRCUIT COURT
OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| Amanda Toles, on behalf of herself and her minor child Z.T., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>Mead Johnson & Company, LLC, Mead Johnson Nutrition Company, and Abbott Laboratories, )<br>)<br>*Defendants*. )<br>) | Cause No.: 21L0981<br><br>**JURY TRIAL DEMANDED** |

### PHYSICIAN REPORT PREPARED PURSUANT TO ILLINOIS COMPILED STATUTES, 735 ILCS 5/2-622 RE: PROTESTANT MEMORIAL MEDICAL CENTER, INC., D/B/A MEMORIAL HOSPITAL-SHILOH

1. I am a physician licensed to practice medicine in the State of Texas. I practice neonatology. During the past three (3) years my practice has included the evaluation, diagnosis and treatment of the medical condition that is subject of this claim, and I have prior experience treating patients similar to M.H. . I am certified by the American Board of Pediatrics. Attached is a copy of my curriculum vitae.

2. The subject matter of this case, as it applies to the health care providers involved in the care of M.H. , is the neonatal treatment M.H. received at Protestant Memorial Medical Center, Inc., d/b/a Memorial Hospital-Shiloh.

3. I have personally reviewed the following medical records pertaining to M.H. :

    a. Protestant Memorial Medical Center, Inc., d/b/a Memorial Hospital-Shiloh

4. It is my medical opinion based upon the afore-stated documents, as well as my education training and experience that Protestant Memorial Medical Center, Inc., d/b/a Memorial Hospital-Shiloh by and through its agents, servants and employees deviated from the acceptable and appropriate standard of care in the care and treatment of M.H. in the following respects:

    a. By providing M.H. cow's-based preterm formula products, given his gestational age and weight.

    b. By failing to inform M.H.'s caregivers of the risk posed to a child like M.H., at his gestational age and weight, of Necrotizing Enterocolitis inherent in using a cow's-based preterm formula product.

    c. By failing to have a policy or procedure related to the use of cow's based preterm formula products which prohibits the use of cow's based preterm formula for preterm infants like M.H., at his gestational age and weight, except for circumstances in which the risks are disclosed to the parents and all other alternatives are declined or unavailable.

    d. By failing to have a policy or procedure related to informing the caregivers of the risk posed by using cow's based preterm formula product for a child like M.H., at his gestational age and weight.

5. Had these deviations from the standard of care not occurred more likely than not M.H. would not have suffered Necrotizing Enterocolitis. Had Protestant Memorial Medical Center, Inc., d/b/a Memorial Hospital-Shiloh had appropriate feeding and informed consent policies or procedures in place related to the use of cow's based preterm formula products, fed M.H. human milk products such as Mom's Own Milk or Human Donor Milk, and/or

informed M.H.'s caregivers of the risk of Necrotizing Enterocolitis that the cow's-based preterm products posed to M.H., and/or advanced the volume of the cow's-based preterm formula fed to M.H. within applicable, established guidelines, M.H. more likely than not would not have developed Necrotizing Enterocolitis. Therefore, Protestant Memorial Medical Center, Inc., d/b/a Memorial Hospital-Shiloh more likely than not proximately caused M.H. to suffer Necrotizing Enterocolitis.

6. It is my medical opinion that reasonable grounds exist for M.H. to initiate medical negligence litigation against Protestant Memorial Medical Center, Inc., d/b/a Memorial Hospital-Shiloh by and through its agents, servants and employees

7. I further state, that to the best of my knowledge, I have never had any opinions disqualified in any administrative forum, court of law, or other proceeding, nor have I ever been disqualified as an expert witness. I have never been found guilty of fraud or perjury in any jurisdiction.



SIGNED BY THE EXPERT

IN THE CIRCUIT COURT
OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| Amanda Toles, on behalf of herself and her minor child Z.T., ) ) ) ) *Plaintiff*, ) ) v. ) ) Mead Johnson & Company, LLC, Mead Johnson ) Nutrition Company, and Abbott Laboratories, ) ) *Defendants*. ) ) ) | Cause No.: 21L0981  **JURY TRIAL DEMANDED** |

**ATTORNEY AFFIDAVIT PURSUANT TO 735 ILCS 5/2-622**
**RE: PROTESTANT MEMORIAL MEDICAL CENTER, INC., D/B/A MEMORIAL**
**HOSPITAL-SHILOH**

STATE OF ILLINOIS       )
                        ) SS
COUNTY OF ST. CLAIR     )

I, Dave Cates, having first been duly sworn, state as follows:

1.  That your affiant is the attorney for the Plaintiff herein and has filed a cause of action on behalf of said Plaintiff against defendant, **Protestant Memorial Medical Center, Inc., d/b/a Memorial Hospital-Shiloh.**

2.  The above-referenced defendant was, at all relevant times referred to in Plaintiff's Complaint, providing professional medical services to M.H. [redacted].

3.  The aforesaid described cause of action seeks damages proximately caused by the negligent medical care rendered to M.H. [redacted].

Page **1** of **2**

4.       That in compliance with Illinois Compiled Statutes, 735 ILCS 5/2-622, your affiant has consulted with and reviewed the facts of the above-styled case with a health care professional, namely, a physician licensed to practice medicine in all of its branches, who the affiant reasonably believes: (i) is knowledgeable in the relevant issues involved in the particular action; (ii) practices or has practiced within the last 6 years or teaches or has taught within the last 6 years in the same area of health care or medicine that is at issue in the particular action, and (iii) is qualified by experience and/or has demonstrated competence in the subject of the case.

5.       That the reviewing physician/health professional has determined in a written report (a copy of which is attached hereto and incorporated herein by reference thereto), after a review of the medical records and other relevant material involved in this particular action, that there is a reasonable and meritorious cause for the filing of such action against **Protestant Memorial Medical Center, Inc., d/b/a Memorial Hospital-Shiloh.**

That your affiant has concluded, on the basis of the reviewing health professional's review and consultation, that there is a reasonable and meritorious cause for the filing of such action against **Protestant Memorial Medical Center, Inc., d/b/a Memorial Hospital-Shiloh.**

### Verification by Certification

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to the matters therein stated to be true on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

    /s/ Dave Cates    
Dave Cates, Esq.

Dated this 29th Day of June, 2024.