# EXHIBIT 2

| | |
|---|---|
| **From:** | Ben Whiting |
| **To:** | DFlack@atllp.com; Amy Simon; Ashley Keller |
| **Cc:** | aanscombe@Steptoe.com; dalt@Steptoe.com; clawson@steptoe.com; pkenny@atllp.com; O'Rourke, Michael; Dave Cates; Amelia Frenkel; Zachary Clark |
| **Subject:** | RE: Shawnteshia Hobson (██M.H.██, minor child) vs. Mead Johnson & Company, et al. #24LA0735 COURTESY COPY [IWOV-IDOCS.FID5530432] |
| **Date:** | Friday, June 28, 2024 5:23:00 PM |
| **Attachments:** | image001.jpg |

Thanks Don. I had just replied to the email sending us the notice. I assume that if the email and attendant offer needs to be considered by Anthony or anyone else at Mead Johnson, someone on this email list can get it to them.

**Ben Whiting**
Partner

# Keller | Postman

150 N. Riverside Plaza, Suite 4100 | Chicago, IL, 60606
312.280.5784 | Email | Bio | Website

---

**From:** Donald M. Flack <DFlack@atllp.com>
**Sent:** Friday, June 28, 2024 4:19 PM
**To:** Ben Whiting <ben.whiting@kellerpostman.com>; Amy Simon <asimon@atllp.com>; Ashley Keller <ack@kellerpostman.com>
**Cc:** aanscombe@Steptoe.com; dalt@Steptoe.com; clawson@steptoe.com; pkenny@atllp.com; O'Rourke, Michael <morourke@Steptoe.com>; Dave Cates <DCates@cateslaw.com>; Amelia Frenkel <amelia.frenkel@kellerpostman.com>; Zachary Clark <zachary.clark@kellerpostman.com>
**Subject:** Re: Shawnteshia Hobson (██M.H.██, minor child) vs. Mead Johnson & Company, et al. #24LA0735 COURTESY COPY [IWOV-IDOCS.FID5530432]

Ben,

Thank you for the courtesy. I will be unable to respond to you by noon tomorrow, however, as I am out of town for my daughter's wedding. In any event, I notice that you have copied Anthony Anscombe, who I believe was the signatory to the Notice of Removal. I leave you in Anthony's capable hands knowing he will respond as soon as he can, perhaps in advance that deadline.

Enjoy your weekend,
Don

Don Flack

---

**From:** Ben Whiting <ben.whiting@kellerpostman.com>

**Sent:** Friday, June 28, 2024 2:14:19 PM
**To:** Amy L. Simon <ASimon@Atllp.com>; Ashley Keller <ack@kellerpostman.com>
**Cc:** aanscombe@Steptoe.com <aanscombe@Steptoe.com>; dalt@Steptoe.com
<dalt@Steptoe.com>; clawson@steptoe.com <clawson@steptoe.com>; Donald M. Flack
<DFlack@atllp.com>; Patrick Kenny <PKENNY@atllp.com>; O'Rourke, Michael
<morourke@Steptoe.com>; Dave Cates <DCates@cateslaw.com>; Amelia Frenkel
<amelia.frenkel@kellerpostman.com>; Zachary Clark <zachary.clark@kellerpostman.com>
**Subject:** RE: Shawnteshia Hobson (M.H.⬛⬛⬛⬛, minor child) vs. Mead Johnson & Company, et
al. #24LA0735 COURTESY COPY [IWOV-IDOCS.FID5530432]

| CAUTION: | EXTERNAL EMAIL |
|---|---|

Don, I am writing about Mead Johnson's removal of the Hobson case last night. Mead
Johnson once again based removal on the supposed fraudulent joinder of a hospital,
just as defendants did previously in dozens of NEC cases properly brought in
Pennsylvania and California state court. Every one of those cases were remanded (as was
Mead Johnson's recent removal of a case in St. Louis, also improperly based on
fraudulent joinder).

This case will be remanded as well. It appears that the lone basis for your removal is that
the hospital was fraudulently joined because there was no certificate of merit affixed to
the complaint. Is that right?

The fact a certificate is not affixed to a complaint cannot possibly be the basis to claim
that a party is fraudulently joined. That fact is made abundantly clear in the one case you
repeatedly cite in your removal notice to say the hospital is fraudulently joined. In that
case, Brooks v. HSHS Medical Group, Inc., the defendant moved to dismiss based on the
lack of a certificate on the third amended complaint (and same for previous amended
complaints). But despite the lack of a certificate, the court nevertheless denied the
motion to dismiss, recognizing that the lack of a certificate was a "technical defect" that
is readily cured. As Judge Pallmeyer told you the last time she was remanding our cases
to state court, the fraudulent joinder standard "is even more favorable to the plaintiff
than the standard that applies to a motion to dismiss." In re Abbott Labs., 2022 WL
3586150, at *4. If the failure to affix the certificate to the complaint is not enough even
to secure a motion to dismiss, as you case rightly notes, it is certainly not enough to be
the basis of removal for alleged fraudulent joinder.

Before we brief our remand motion, we want to give Mead Johnson the opportunity to
voluntarily remand this matter. We afforded Abbott the same opportunity earlier in this
litigation when it improperly removed cases from Cook County. Abbott issued the
voluntary remand and the cases are proceeding in state court. In this instance, we are
willing to extend the same courtesy to Mead Johnson as well.

Please let us know no later than noon tomorrow if Mead Johnson will voluntarily remand
the Hobson case. If not, and Mead Johnson forces us to once again brief a remand issue
that will clearly be sent back to state court, then this email serves as your notice that we

will seek all appropriate sanctions.

Best,

Ben


**Ben Whiting**
Partner

## Keller | Postman

150 N. Riverside Plaza, Suite 4100 | Chicago, IL, 60606
312.280.5784 | Email | Bio | Website

---

**From:** Amy L. Simon <ASimon@Atllp.com>
**Sent:** Thursday, June 27, 2024 6:58 PM
**To:** Ashley Keller <ack@kellerpostman.com>; Ben Whiting <ben.whiting@kellerpostman.com>
**Cc:** aanscombe@Steptoe.com; dalt@Steptoe.com; clawson@steptoe.com; DFlack@atllp.com; pkenny@atllp.com; O'Rourke, Michael <morourke@Steptoe.com>
**Subject:** Shawnteshia Hobson (M.H. ███████, minor child) vs. Mead Johnson & Company, et al. #24LA0735 COURTESY COPY [IWOV-IDOCS.FID5530432]

Counsel,

Please find attached the following filed with the Court today:

- Hobson - Notice of Filing Notice of Removal



Armstrong Teasdale LLP
Amy L. Simon | Senior Paralegal
115 N Second St,. Edwardsville, IL 62025
MAIN PHONE: 618.800.4141 | MAIN FAX: 618.659.9530
DIRECT: 618.800.4152 | Extension: 7692 | CELL: 618.792.8669
asimon@atllp.com
www.armstrongteasdale.com
Always exceed expectations through teamwork and excellent client service.

Please consider the environment before printing this email.


********** **PRIVATE AND CONFIDENTIAL**\*\*\*\*\*\*\*\*\*\*

**This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not**

the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our Global Privacy Policy to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our International Legal Notices.

********** PRIVATE AND CONFIDENTIAL**********

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our Global Privacy Policy to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our International Legal Notices.