IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| SHAWNTESHIA HOBSON, on her own behalf and on behalf of her minor child, M.H., <br><br> Plaintiff, <br><br> v. <br><br> MEAD JOHNSON & COMPANY, LLC, MEAD JOHNSON NUTRITION COMPANY, and PROTESTANT MEMORIAL MEDICAL CENTER, INC. D/B/A MEMORIAL HOSPITAL – SHILOH | Case No: 3:24-cv-1615-SPM |

**ENTRY OF APPEARANCE**

COMES NOW, Benjamin J. Whiting of Keller Postman, and hereby enters his appearance as attorney of record on behalf of Plaintiff Shawnteshia Hobson, on her own behalf and on behalf of her minor child, M.H.

*/s/ Benjamin J. Whiting*
Benjamin J. Whiting
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
(312) 741-5220 Telephone
ben.whiting@kellerpostman.com

*One of the Attorneys for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

      Respectfully submitted,

      */s/ Benjamin J. Whiting*
      Benjamin J. Whiting