IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| SHAWNTESHIA HOBSON, on her own behalf and on behalf of her minor child, M.H., <br><br> *Plaintiff*, <br><br> v. <br><br> MEAD JOHNSON & COMPANY, LLC, MEAD JOHNSON NUTRITION COMPANY, and PROTESTANT MEMORIAL MEDICAL CENTER, INC. D/B/A MEMORIAL HOSPITAL – SHILOH, <br><br> *Defendants*. | Case No: 3:24-cv-1615-SPM |

**PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL FACTS IN SUPPORT OF EMERGENCY MOTION TO REMAND**

Plaintiff Shawnteshia Hobson's Emergency Motion to Remand (Dkt. 11) is currently pending before the Court. This Court ordered expedited briefing on the Motion, and it was fully briefed when Ms. Hobson filed her Reply on July 17, 2024 (Dkt. 22). After Ms. Hobson filed her Reply, on July 22, 2024, Mead Johnson baselessly removed yet another NEC case to federal court: *Collins v. Mead Johnson & Co.*, No. 4:24-cv-01005 (E.D. Mo.).

Ms. Hobson moves for leave to submit this additional fact to the Court as it is relevant to her Motion to Remand. That Motion seeks an award of attorneys' fees and costs because Mead Johnson's removal is objectively unreasonable and explains that Mead Johnson's removal is simply the latest in a long line of frivolous removals done solely to delay trial. Dkt. 11 at 11–13. Mead Johnson's actions in *Collins* confirms this. In just the last few weeks, Mead Johnson has now twice waited until the last day of the 30-day removal period to file an improper removal. Mead Johnson's actions in *Collins* also illustrate that Mead Johnson will not cease its prejudicial and dilatory tactics until it is held accountable for wasting the federal judiciary's and parties'

resources and time.

## CONCLUSION

Ms. Hobson respectfully requests that the Court grant this motion and consider the *Collins* case in support of Ms. Hobson's Motion to Remand.

Dated: July 24, 2024                               Respectfully submitted,

/s/ Benjamin Whiting
Ashley Keller (#6300171)
Benjamin J. Whiting (#6307321)
**KELLER POSTMAN, LLC**
150 N. Riverside Plaza, Ste. 4100
Chicago, IL 60606
ack@kellerpostman.com
ben.whiting@kellerpostman.com

Amelia Frenkel (*PHV forthcoming*)
**KELLER POSTMAN, LLC**
1101 Connecticut Ave., N.W., 11th Floor
Washington, DC 20036
amelia.frenkel@kellerpostman.com

Dave Cates (#6289198)
**THE CATES LAW FIRM, LLC**
216 W Pointe Dr., Suite A
Swansea, IL 62226
DCates@cateslaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted,

*/s/ Benjamin Whiting*
Benjamin Whiting